Samuel D. Elswick
**Elswick & Richardson, PLLC**
418 8th Street, Suite 105
Huntington, WV 25701
Telephone: (304) 522-1534
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX ) | **MDL NO. 1699** |
| MARKETING SALES PRACTICES AND ) | **District Judge: Charles R. Breyer** |
| PRODUCT LIABILITY LITIGATION ) | |

This Document Relates To: )
)
*Charles M. Sesher, et al. v. Pfizer Inc, et al.* )
(06-7740 CRB) )
)
*Edward Murphy, et al. v. Pfizer Inc, et al.* )
(07-0050 CRB) )
)
*James R. Rife, et al. v. Pfizer, Inc, et al.* )
(07-0054 CRB) )
)
*Geneva Hoffer, et al. v. Pfizer, Inc, et al.* )
(07-0408 CRB) )
)
*Wayne R. Nunn, et al. v. Pfizer, Inc, et al.* )
(07-0490 CRB) )

COME NOW all the Plaintiffs in the above-entitled actions and Defendants, by

and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure,

Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all

Plaintiffs named therein with each side bearing its own attorneys' fees and costs.

1

DATED: _12 / 23_____, 2009   By: _____

**ELSWICK & RICHARDSON, PLLC**
418 8th Street, Suite 105
Huntington, WV 25701
Telephone:  (304) 522-1534

*Attorneys for Plaintiffs*

DATED: __December 28___,2009   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendant's Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: __FEB - 3 2010_____

_____
Hon. Charles R. Breyer
United States District Court

2